IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO T. DEL CARPIO-FRESCAS  Petitioner,  v.  DAVID BREWER,  Respondent. | No. 2:22-CV-1688-DMC-P  ORDER |

        Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner has filed a notice of voluntary dismissal. See ECF No. 11. Good cause appearing therefor, this action is dismissed on Petitioner's notice. See Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to terminate ECF No. 9 as a pending motion and close this file.

        IT IS SO ORDERED.

Dated: March 22, 2023

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE